# United States District Court

United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

Michael W. Dobbins,           August 18, 2010         Office of the Clerk
Clerk

Ms. Patty Formusa,
Law Division, in Room 801
Circuit Court of Cook County
Richard J. Daley Center
Chicago, Illinois 60602

RE:        Alemayehu        vs.        The Boeing Company

USDC No:        10 cv 3147

Circuit Court No:        2010 L 003858

Dear Madam:

A certified copy of an order entered on 8/18/2010 by the Honorable Samuel Der-Yeghiayan, remanding the above-entitled case to the Circuit Court of Cook County, Illinois, is herewith transmitted to you for your files.

Sincerely yours,

Michael W. Dobbins, Clerk

By:     Johnnie M. Patterson
         Deputy Clerk